AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

United States of America

v.

Hector Guadalupe Balderas

*Defendant*

United States District Court
Southern District Of Texas
FILED

MAY 3 2019

David J. Bradley, Clerk

Case No.: 4:18CR00630-04 DPM

2018 NOV -8 PM 2:

M-19-1008-M-004

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     **Hector Guadalupe Balderas**

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment    [ ] Superseding Indictment    [ ] Information    [ ] Superseding Information    [ ] Complaint
[ ] Probation Violation Petition    [ ] Supervised Release Violation Petition    [ ] Violation Notice    [ ] Order of the Court

This offense is briefly described as follows: conspiracy to possess with intent to distribute and distribution of 50 grams or more of methamphetam, as further explained in the attached documents.

Date: November 8, 2018

*Issuing officer's signature*

City and state: Little Rock, Arkansas

JAMES W. MCCORMACK, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 11/3/18, and the person was arrested on *(date)* 5/2/19
at *(city and state)* McAllen TX

Date: 5/3/19

*Arresting officer's signature*

Joshua J. Swims, SA FBI
*Printed name and title*